ROWLAND

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.2.1 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:09-cr-00840 All Defendants

Case title: USA v. Hemphill

Date Filed: 10/15/2009
Date Terminated: 01/26/2011

---

Assigned to: Honorable John W. Darrah

Appeals court case number: 11-1372
USCA

**Defendant (1)**

**John Hemphill**
*TERMINATED: 01/26/2011*

represented by **John Hemphill**
#22826-424
USP Victorville
P.O. Box 3900
Adelanto, CA 92301
PRO SE

**Federal Defender Panel**
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Gary Jay Ravitz**
Ravitz & Palles, P.C.
203 North LaSalle Street
Suite 2100
Chicago, IL 60601
(312) 558-1689
Email: gravitz@ravitzpalles.com
*TERMINATED: 04/10/2012*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**John T. Kennedy**
Law Office of John T. Kennedy
820 Davis Street
#434
Evanston, IL 60201
(847)425-1115

Email: kennedy3317@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Richard H. McLeese**
53 W. Jackson Blvd.
Suite 1615
Chicago, IL 60604
(312)492-7273
Email: rmcleeselaw@aol.com
*TERMINATED: 10/04/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael James Falconer**
Attorney at Law
35 East Wacker
Suite 650
Chicago, IL 60601
(312) 236-7177
Email: mfalconer@prodigy.net
*TERMINATED: 03/30/2010*
*Designation: CJA Appointment*

**Piyush Chandra**
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8337
Email: piyush_chandra@fd.org
*TERMINATED: 01/08/2010*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ninety (90) months on count one and thirty-six (36) months on count two. Said counts to run concurrently. The defendant is remanded to the custody of the United States Marshal. Upon release from |
| FRAUDS AND SWINDLES (1) | |

imprisonment, the defendant shall be on supervised release for a term of three(3) years on count one and one (1)year on count two to run concurrently. The defendant must pay the total restitution amount of $166,910.00. Schedule of payments.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ninety (90) months on count one and thirty-six (36) months on count two. Said counts to run concurrently. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of three(3) years on count one and one (1)year on count two to run concurrently. The defendant must pay the total restitution amount of $166,910.00. Schedule of payments.

IMPERSONATING OFFICER OR EMPLOYEE OF U.S.
(2)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:1341.F FRAUDS AND SWINDLES AND 18:912 | |

---

**Plaintiff**

| **USA** | represented by | **J. Gregory Deis** |
| --- | --- | --- |
| | | Mayer Brown LLP |
| | | 71 S. Wacker |
| | | Chicago, IL 60606 |
| | | (312) 701 8035 |

Email: gdeis@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Francis Madden**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 886-2050
Email: matthew.madden@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2009 |   | ARREST of defendant John Hemphill (las, ) (Entered: 10/20/2009) |
| 10/15/2009 | 1 | COMPLAINT signed by Honorable Nan R. Nolan as to defendant John Hemphill (las, ) (Entered: 10/20/2009) |
| 10/15/2009 | 2 | MINUTE entry before the Honorable Nan R. Nolan as to John Hemphill: Initial appearance proceedings held. Defendant appears in response to arrest on 10/15/09. Defendant informed of his rights. Enter order appointing Piyush Chandra of the Federal Defender Program/Panel as counsel for defendant (limited appearance). Government seeks detention. Detention hearing is set for 10/19/09 at 9:30 a.m. Defendant to remain in custody until further order of the Court. Notices mailed by judicial staff. (las, ) (Entered: 10/20/2009) |

Case 2:17-mj-01400-WED   Filed 12/01/17   Page 4 of 22   Document 1

| 10/19/2009 | | ORAL MOTION by John Hemphill for bond (emd, ) (Entered: 10/21/2009) |
|---|---|---|
| 10/19/2009 | 3 | MINUTE entry before the Honorable Nan R. Nolan: Detention hearing held. Government seeks detention. For the reasons stated in open court, defendant's oral motion for bond is denied. Defendant is to remain in custody pending further order. Preliminary examination hearing is set for 10/23/09 at 11:30 a.m. Mailed notice (emd, ) (Entered: 10/21/2009) |
| 10/19/2009 | 4 | MINUTE entry before the Honorable Nan R. Nolan: Enter pretrial detention order. Mailed notice (emd, ) (Entered: 10/23/2009) |
| 10/19/2009 | 5 | PRETRIAL detention order as to John Hemphill Signed by the Honorable Nan R. Nolan on 10/19/09. (emd, ) (Entered: 10/23/2009) |
| 10/23/2009 | 6 | MINUTE entry before the Honorable Nan R. Nolan: Preliminary examination hearing held. Agent sworn. Enter a finding of probable cause for the reasons stated in open court. Order defendant bound to the District Court for further proceedings. Mailed notice (emd, ) (Entered: 10/27/2009) |
| 10/29/2009 | 7 | MOTION by USA for extension of time as to John Hemphill *Government's Motion for an Extension of Time to Return Indictment* (Attachments: # 1 Exhibit A - Under Seal)(Madden, Matthew) (Entered: 10/29/2009) |
| 10/29/2009 | 8 | MINUTE entry before the Honorable James F. Holderman:Government's Motion for extension of time 7 to return indictment pursuant to 18 U.S.C. 3161(h)(8)(A) & (B)(ii) (iii) and (iv), to and including 1/12/10, is granted as to John Hemphill (1) Motion terminated. Judicial staff mailed notice (gl, ) Modified on 10/30/2009 (gl, ). (Entered: 10/30/2009) |
| 10/29/2009 | 9 | ORDER as to John Hemphill granting motion for extension of time (7). Signed by the Honorable James F. Holderman on 10/29/09.Judicial staff mailed notice (gl, ) (Entered: 10/30/2009) |
| 10/29/2009 | 10 | ATTACHMENT to motion for ext. of time to return indictment (7) by USA as to John Hemphill (RESTRICTED) (emd, ) (Entered: 11/02/2009) |
| 11/19/2009 | 11 | MOTION by John Hemphill for dismissal of counsel (emd, ) (Entered: 11/23/2009) |
| 11/19/2009 | 12 | NOTICE of motion as to John Hemphill regarding MOTION by John Hemphill for dismissal of counsel 11 (emd, ) (Entered: 11/23/2009) |
| 12/02/2009 | 13 | MOTION by John Hemphill to dismiss criminal complaint; Notice. (emd, ) (Entered: 12/07/2009) |
| 12/15/2009 | 14 | MINUTE entry before the Honorable Nan R. Nolan: MOTION by John Hemphill for dismissal of counsel 11 and MOTION to dismiss criminal complaint 13 are noticed for 1/5/2010 at 10:00 AM. Mailed notice (lxs, ) (Entered: 12/15/2009) |
| 12/16/2009 | 15 | NOTICE of amendment of motion to dismiss by John Hemphill (emd, ) (Entered: 12/21/2009) |
| 12/16/2009 | 16 | NOTICE of motion as to John Hemphill (emd, ) (Entered: 12/21/2009) |

      

| | | |
|---|---|---|
| 12/29/2009 | 17 | MINUTE entry before the Honorable Nan R. Nolan:At counsel's request, Defendant's Motion For Dismissal of Counsel 11 , Motion to Dismiss Criminal Complaint 13 and Amended Motion to Dismiss, noticed for 01/05/10 is stricken and reset for 01/08/10 at 10:30 a.m. Defendant's counsel is directed to contact defendant John Hemphill to advise of change of date/time. Mailed notice (lxs, ) (Entered: 12/29/2009) |
| 01/04/2010 | 18 | MINUTE entry before the Honorable Nan R. Nolan:On the Court's own motion, Defendant's MOTION for dismissal of counsel 11 and MOTION to dismiss criminal complaint 13 noticed for 01/08/10 is amended to begin at 10:45 a.m. Mailed notice (lxs, ) (Entered: 01/04/2010) |
| 01/07/2010 | | CASE ASSIGNED as to John Hemphill to the Honorable William J. Hibbler. Designated as Magistrate Judge the Honorable Nan R. Nolan. (emd, ) (Entered: 01/08/2010) |
| 01/07/2010 | 19 | INDICTMENT as to John Hemphill (1) count(s) 1, 2. (Redacted image) (emd, ) (Entered: 01/08/2010) |
| 01/07/2010 | 20 | DESIGNATION Sheet: FELONY (Category 3). (emd, ) (Entered: 01/08/2010) |
| 01/07/2010 | 21 | MINUTE entry before the Honorable Geraldine Soat Brown: No bond set; detained by Magistrate Judge. (emd, ) (Entered: 01/08/2010) |
| 01/08/2010 | | Judge update in case as to John Hemphill. Judge Honorable Nan R. Nolan no longer assigned to case. (jn, ) (Entered: 01/08/2010) |
| 01/08/2010 | 22 | NOTICE of Arraignment as to John Hemphill before Honorable William J. Hibbler on 1/12/2010 at 09:30 AM. (emd, ) (Entered: 01/08/2010) |
| 01/08/2010 | 23 | MINUTE entry before the Honorable Nan R. Nolan:Motion hearing held. Defendant's motion for dismissal of counsel 11 is granted. Defendant's motion to dismiss criminal complaint 13 is entered and continued. Status hearing is set for 01/13/10 at 2:00 p.m. Defendant to remain in custody.Mailed notice (lxs, ) (Entered: 01/11/2010) |
| 01/08/2010 | | Attorney update in case as to John Hemphill. Attorney Piyush Chandra terminated. (lxs, ) (Entered: 01/11/2010) |
| 01/11/2010 | 24 | MINUTE entry before the Honorable Nan R. Nolan: This case having been Indicted, status hearing previously set for 01/13/10 at 2:00 p.m. is stricken. No appearance is required. Mailed notice (lxs, ) (Entered: 01/11/2010) |
| 01/12/2010 | 25 | MINUTE entry before the Honorable William J. Hibbler as to John Hemphill: Arraignment held. The indictment having been filed, defendant pro se motion to dismiss criminal complaint 13 is moot. Michael Falconer is appointed as counsel for defendant for the reasons stated in open court. Defendant enters plea of not guilty to all counts. Preliminary 16.1A materials to be tendered by 1/26/2010. Status hearing set for 2/18/2010 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time pursuant to 18:3161(h)(7)(A)(B). Mailed notice (las, ) (Entered: 01/14/2010) |
| 02/04/2010 | 26 | MOTION by John Hemphill to dismiss criminal complaint. (Poor quality original - paper document on file) (emd, ) Modified on 2/9/2010 (emd, ). (Entered: 02/08/2010) |

| 02/18/2010 | 27 | MINUTE entry before the Honorable William J. Hibbler: Status hearing held. Defendant's pro se motion to dismiss is withdrawn in open court and defendant's counsel is given leave to re-file the motion to dismiss with supporting memoranda by 2/26/2010. Government to respond by 3/12/2010. Defendant to reply by 3/19/2010. Ruling set for 3/30/2010 at 10:30a.m. Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. Mailed notice (emd, ) (Entered: 02/19/2010) |
|---|---|---|
| 02/26/2010 | 28 | MOTION by John Hemphill to dismiss *indictment* (Attachments: # 1 Supplement pro se motion)(Falconer, Michael) (Entered: 02/26/2010) |
| 02/26/2010 | 29 | NOTICE of of Filing as toJohn Hemphill *Motion to Dismiss* (Falconer, Michael) (Entered: 02/26/2010) |
| 03/12/2010 | 30 | RESPONSE by USA as to John Hemphill regarding MOTION by John Hemphill to dismiss *indictment* 28 (Madden, Matthew) (Entered: 03/12/2010) |
| 03/30/2010 | 31 | MINUTE entry before the Honorable William J. Hibbler: Ruling on motion held on 3/30/2010. Defendant's motion to dismiss indictment 28 is denied as stated in open court. Defendant's oral motion to proceed pro se and to withdraw his appointed counsel is granted. Michael James Falconer is withdrawn as counsel for defendant. The Court admonishes defendant and reminds him that standby counsel will not be appointed on his behalf. Mr. Falconer shall tender any and all discovery materials to defendant as soon as possible. Defendant's oral request for a bond hearing is granted. Bond hearing set for 4/5/2010 at 11:00a.m. Defendant to file motion for bond hearing with supporting briefs by 4/1/2010. In the interest of justice, time is excluded pursuant to 18 U.S.C. 3161(h)(7)(A)(B) to 4/5/2010. Mailed notice (emd, ) (Entered: 04/01/2010) |
| 04/02/2010 | 32 | MOTION by John Hemphill for pretrial release (emd, ) (Entered: 04/06/2010) |
| 04/05/2010 | 33 | MINUTE entry before the Honorable William J. Hibbler: as to defendant, John Hemphill; Bond hearing held on 4/5/2010. Defendant's Motion for pretrial release 32 is denied as stated in open court. Defendant to remain in custody. Status hearing set for 5/11/2010 at 10:00 A.M. In the interest of justice, time is excluded pursuant to 18 U.S.C. 3161(h)(7)(A)(B) to and including 5/11/2010. Mailed notice by judge's staff. (srb,) (Entered: 04/07/2010) |
| 04/13/2010 | 35 | MOTION by John Hemphill for discovery/full covery in pursuant to Rule 404(b) Federal Rules of Evidence, materials. (emd, ) (Entered: 04/15/2010) |
| 04/15/2010 | 34 | TRANSCRIPT OF PROCEEDINGS as to John Hemphill held on 2/18/2010, before the Honorable William J. Hibbler. Court Reporter Contact Information: ALEXANDRA ROTH, (312) 408-5038, alexandra_roth@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

| | | |
|---|---|---|
| | | Redaction Request due 5/6/2010. Redacted Transcript Deadline set for 5/17/2010. Release of Transcript Restriction set for 7/14/2010. (Roth, Alexandra) (Entered: 04/15/2010) |
| 04/26/2010 | 36 | WRIT of prohibition by John Hemphill (Exhibit). (emd, ) (Entered: 04/27/2010) |
| 05/06/2010 | 37 | LETTER from John Hemphill. (emd, ) (Entered: 05/10/2010) |
| 05/06/2010 | 38 | EXHIBITS by John Hemphill. (Poor quality original - paper document on file) (emd, ) Modified on 5/10/2010 (emd, ). (Entered: 05/10/2010) |
| 05/11/2010 | 39 | MINUTE entry before the Honorable William J. Hibbler as to John Hemphill: Status hearing held and continued to 6/10/2010 at 10:00 a.m. The Court strikes document 38 from the record for the reasons stated in open court. Defendant's motion for discovery 35 is taken under advisement. Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. Mailed notice (las, ) (Entered: 05/17/2010) |
| 05/14/2010 | 40 | EXHIBIT F Powers of receivership under the Federal Deposit Insurance Act by John Hemphill (las, ) (Entered: 05/18/2010) |
| 06/10/2010 | 41 | MINUTE entry before the Honorable William J. Hibbler as to John Hemphill: Status hearing held and continued to 6/15/2010 at 10:00a.m. Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. Mailed notice (slb, ) (Entered: 06/10/2010) |
| 06/15/2010 | 42 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill (1). Status hearing held on 6/15/2010 and continued to 6/30/2010 at 10:00 AM. Defendant's Motion for 404b discovery 35 is resolved as the government agrees to produce 404b discovery 30 days prior to trial. Defendant's writ of prohibition is denied for the reasons stated in open court. Defendant to file any renewed motion for bond. Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. Mailed notice (jdh) (Entered: 06/16/2010) |
| 06/24/2010 | 43 | MOTION by John Hemphill for pretrial release (Poor quality original - paper document on file) (emd, ) Modified on 6/28/2010 (emd, ). (Entered: 06/28/2010) |
| 06/30/2010 | 46 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill (1). Status hearing held on 6/30/2010 and continued to 8/5/2010 at 10:30 AM. Defendant's Motion for pretrial release 43 is denied for the reasons stated in open court. Motions in limine, proposed voir dire, witness list and agreed statement of the case to be filed by 7/28/2010. Jury Trial set for 8/16/2010 at 10:00 AM. Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. Mailed notice (jdh) (Entered: 07/07/2010) |
| 07/06/2010 | 44 | MOTION by USAEarly Retrun of Trial Subpoenas as to John Hemphill (Madden, Matthew) (Entered: 07/06/2010) |
| 07/06/2010 | 45 | NOTICE of Motion by Matthew Francis Madden for presentment of motion for miscellaneous relief 44 before Honorable William J. Hibbler on 7/13/2010 at 09:30 AM. (Madden, Matthew) (Entered: 07/06/2010) |
| 07/12/2010 | 47 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill (1). Government's Motion for early return of trial subpoenas 44 is granted as to all parties. Mailed notice (jdh) (Entered: 07/12/2010) |

    

| | | |
|---|---|---|
| 07/12/2010 | 48 | MOTION by John Hemphill for judgment of acquittal (Exhibits) (Poor quality original-paper document on file) (las, ) (Entered: 07/14/2010) |
| 07/28/2010 | 49 | PROPOSED Voir Dire by USA as to John Hemphill (Madden, Matthew) (Entered: 07/28/2010) |
| 07/28/2010 | 50 | PROPOSED Jury Instructions by USA as to John Hemphill (Madden, Matthew) (Entered: 07/28/2010) |
| 07/28/2010 | 51 | Government's List of Potential Witnesses by USA as to John Hemphill (Madden, Matthew) (Entered: 07/28/2010) |
| 07/28/2010 | 52 | Government's Statement of Case by USA as to John Hemphill (Madden, Matthew) (Entered: 07/28/2010) |
| 07/28/2010 | 53 | MOTION by USA in limine as to John Hemphill *Government's Motion in Limine Concerning Defendant's Decision to Proceed Pro Se* (Madden, Matthew) (Entered: 07/28/2010) |
| 07/28/2010 | 54 | NOTICE of Motion by Matthew Francis Madden for presentment of motion in limine 53 before Honorable William J. Hibbler on 8/5/2010 at 10:30 AM. (Madden, Matthew) (Entered: 07/28/2010) |
| 07/28/2010 | 55 | MOTION by USA in limine as to John Hemphill *Motion in Limine of the United States Pursuant to Rule 609* (Madden, Matthew) (Entered: 07/28/2010) |
| 07/28/2010 | 56 | NOTICE of Motion by Matthew Francis Madden for presentment of motion in limine 55 before Honorable William J. Hibbler on 8/5/2010 at 10:30 AM. (Madden, Matthew) (Entered: 07/28/2010) |
| 07/28/2010 | 57 | CERTIFICATE of Certificate of Service by USA as to John Hemphill (Madden, Matthew) (Entered: 07/28/2010) |
| 07/29/2010 | 58 | MOTION by USA in limine as to John Hemphill *Government's Consolidated Motions in Limine* (Madden, Matthew) (Entered: 07/29/2010) |
| 07/29/2010 | 59 | NOTICE of Motion by Matthew Francis Madden for presentment of motion in limine 58 before Honorable William J. Hibbler on 8/5/2010 at 10:30 AM. (Madden, Matthew) (Entered: 07/29/2010) |
| 07/29/2010 | 60 | ATTORNEY Designation for USA of J. Gregory Deis (Deis, J.) (Entered: 07/29/2010) |
| 08/05/2010 | 61 | Revised Witness List by USA as to John Hemphill (Madden, Matthew) (Entered: 08/05/2010) |
| 08/05/2010 | 62 | MINUTE entry before the Honorable William J. Hibbler:as to John Hemphill, Status hearing held on 8/5/2010. The defendant appeared without counsel. After a lengthy colloquy as to thedefendant's rights of representation and advising him of the full consequences of representing himself, theDefendant wishes to continue to appear pro se. The Court is satisfied that the defendant is physically andmentally competent to represent himself. As stated on the record, counsel will not be appointed, however,the Court hereby appoints the Federal Defender as stand-by counsel only.Mailed notice (pamf, ) Modified on 8/5/2010 (pamf, ). (Entered: 08/05/2010) |

| 08/05/2010 | 63 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill; The Court will take up all the motions on 8/11/20 at 11:00 a.m. Motion Hearing set for 8/11/2010 at 11:00 AM. as to MOTION by John Hemphill for judgment of acquittal 48 ; USA's Motion in Limine Concerning Defendant's Decision to Proceed Pro Se 53 ; Motion in Limine of the United States Pursuant to Rule 609 55 ; USA's Consolidated Motions in Limine 58 . Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. Mailed notice (pamf, ) Modified on 8/5/2010 (pamf, ). Modified on 8/5/2010 (pamf, ). (Entered: 08/05/2010) |
|---|---|---|
| 08/09/2010 | 67 | STATEMENT by John Hemphill (emd, ) (Entered: 08/12/2010) |
| 08/09/2010 | 68 | RESPONSE by John Hemphill to government consolidation motion in limine 58 (emd, ) (Entered: 08/12/2010) |
| 08/09/2010 | 69 | RESPONSE by John Hemphill to govenrments motion in limine pursuant to Rule 609 55 (Poor quality original - paper document on file)(emd, ) Modified on 8/13/2010 (emd, ). (Entered: 08/12/2010) |
| 08/09/2010 | 70 | MOTION by John Hemphill in limine to present notice of public authority. (emd, ) (Entered: 08/12/2010) |
| 08/10/2010 | 64 | WRIT of habeas corpus by John Hemphill (emd, ) (Entered: 08/11/2010) |
| 08/11/2010 | 71 | MINUTE entry before the Honorable William J. Hibbler: The court enters and continues the United States' Motion in limine to admit evidence of defendant's prior convictions pursuant to Fed.R.of Evid. 609 (doc.#55) until such time as defendant testifies. (For further details see separate order) Mailed notice (emd, ) (Entered: 08/13/2010) |
| 08/11/2010 | 73 | MINUTE entry before the Honorable William J. Hibbler: For the reasons stated in open court, the court denies defendant's motion for judgment of acquittal 48 . Further, the court has reviewed the list of individuals that the defendant wishes to subpoena that he attached to the end of the motion and fails to see how any of these individuals could provide testimony that would be relevant to the case. Defendant has offered no explanation why any of these proposed witnesses have any knowledge of the facts at issue in this case. (For further details see separate order) Mailed notice (emd, ) (Entered: 08/13/2010) |
| 08/11/2010 | 74 | MINUTE entry before the Honorable William J. Hibbler: The United States moves in limine to admit certain recordings between the defendant and an undercover agent (doc#58). Presuming the government can properly authenticate these recordings, the court will grant the United States' motion. Defendant may designate additional portions of the recordings to be presented to the jury. Mailed notice (emd, ) (Entered: 08/13/2010) |
| 08/11/2010 | 75 | ATTORNEY Appearance for defendant John Hemphill by Gary Jay Ravitz (emd, ) (Entered: 08/13/2010) |
| 08/11/2010 | 76 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Motion hearing held on 8/11/2010 regarding motion in limine 53 , motion in limine 55 , motion in limine 58 . Excludable delay pursuant to 18:3161(h)(7)(A)(B) to continue. |

| | | Mailed notice (jdh) (Entered: 08/13/2010) |
|---|---|---|
| 08/12/2010 | 65 | Government's second revised list of potential witnesses by USA as to John Hemphill (Madden, Matthew) (Entered: 08/12/2010) |
| 08/12/2010 | 66 | Memorandum by USA as to John Hemphill *Government's Memorandum Relating to Fed.R.Crim.Proc. 24(b)(2)* (Deis, J.) (Entered: 08/12/2010) |
| 08/12/2010 | 72 | ORDER as to John Hemphill Signed by the Honorable William J. Hibbler on 8/12/10. (emd, ) (Entered: 08/13/2010) |
| 08/13/2010 | 77 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Upon considering the government's memorandum relating to Fed.R.Crim.Proc.24(b)(2), the Court amends its prior order of 8/12/2010 and allows defendant 10 peremptory challenges and the government 6 peremptory challenges. Mailed notice (jdh) (Entered: 08/13/2010) |
| 08/13/2010 | 80 | SUBPOENA list of witness by John Hemphill (emd, ) (Entered: 08/16/2010) |
| 08/15/2010 | 78 | List of witnesses by John Hemphill *(amended)* (Ravitz, Gary) (Entered: 08/15/2010) |
| 08/15/2010 | 79 | NOTICE of Filing as toJohn Hemphill regarding miscellaneous remark 78 (Ravitz, Gary) (Entered: 08/15/2010) |
| 08/16/2010 | 81 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Voir dire begins on 8/16/2010 John Hemphill (1) on Count 1,2. Jury Trial continued to 8/17/2010 at 11:00 AM. In court notice (jdh) (Entered: 08/16/2010) |
| 08/17/2010 | 84 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Jury trial held on 8/17/2010 and continued to 8/18/2010 at 10:30 AM. In court notice (jdh) (Entered: 08/18/2010) |
| 08/18/2010 | 82 | EXHIBIT List by USA as to John Hemphill (Madden, Matthew) (Entered: 08/18/2010) |
| 08/18/2010 | 83 | Government's Request for Judicial Notice by USA as to John Hemphill (Deis, J.) (Entered: 08/18/2010) |
| 08/18/2010 | 85 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Jury trial held on 8/18/2010 and continued to 8/19/2010 at 11:00 AM. In court notice (jdh) (Entered: 08/18/2010) |
| 08/19/2010 | 86 | Government's Revised Exhibit List by USA as to John Hemphill (Deis, J.) (Entered: 08/19/2010) |
| 08/19/2010 | 89 | STIPULATIONS by parties. (emd, ) (Entered: 08/24/2010) |
| 08/19/2010 | 97 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Jury trial held on 8/19/2010 and continued to 8/20/2010 at 10:30 AM. Defendants oral motion for judgment of acquittal is denied. Defendants motion to dismiss count 2 is denied for the reasons stated in open court. In court notice (jdh) (Entered: 09/21/2010) |
| 08/20/2010 | 87 | Final Jury Instructions by USA as to John Hemphill (Deis, J.) (Entered: 08/20/2010) |

| 08/20/2010 | 92 | JURY Verdict as to John Hemphill (1) guilty on Count 1,2. Verdict form mailed to counsel of record as to John Hemphill (Mailed Notice) (RESTRICTED.) (emd, ) (Entered: 08/25/2010) |
|---|---|---|
| 08/20/2010 | 98 | MINUTE entry before the Honorable William J. Hibbler as to John Hemphill: Jury trial held. Jury deliberation began. Jury verdict of guilty on all counts. Court enters judgment of guilty. Trial ends - jury. Gary Ravitz is appointed as counsel for defendant for the filing of post trial motions. Defendant's post trial motions to be filed by 8/27/10. Any supplement to be filed by 9/9/10. Government to respond by 9/23/10. Ruling by mail. Motions for departure and objections to PSR to be filed by 11/23/10. Sentencing set for 11/30/10 at 10:30 a.m. Mailed notice (las, ) Modified on 9/22/2010 (emd, ). (Entered: 09/22/2010) |
| 08/21/2010 | 88 | NOTICE of Filing as toJohn Hemphill (Ravitz, Gary) (Entered: 08/21/2010) |
| 08/24/2010 | 90 | Motion for new trial by John Hemphill (Ravitz, Gary) (Entered: 08/24/2010) |
| 08/24/2010 | 91 | NOTICE of Filing as toJohn Hemphill regarding miscellaneous remark 90 (Ravitz, Gary) (Entered: 08/24/2010) |
| 08/31/2010 | 93 | MINUTE entry before the Honorable William J. Hibbler: Defendant's writ of prohibition is denied. Mailed notice (jms, ) (Entered: 08/31/2010) |
| 09/02/2010 | 94 | MOTION by John Hemphill for extension of time *to file supplemental pleadings (AGREED)* (Ravitz, Gary) (Entered: 09/02/2010) |
| 09/02/2010 | 95 | NOTICE of Motion by Gary Jay Ravitz for presentment of motion for extension of time 94 before Honorable William J. Hibbler on 9/9/2010 at 09:30 AM. (Ravitz, Gary) (Entered: 09/02/2010) |
| 09/08/2010 | 96 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill (1). Defendant's Agreed Motion to extend time until 9/30/2010 to file supplemental pleadings 94 is granted. Mailed notice (jdh) (Entered: 09/08/2010) |
| 09/25/2010 | 99 | MOTION by John Hemphill for new trial *(supplemental)* (Attachments: # 1 Exhibit One, # 2 Exhibit Two)(Ravitz, Gary) (Entered: 09/25/2010) |
| 09/25/2010 | 100 | NOTICE of Filing as toJohn Hemphill regarding MOTION by John Hemphill for new trial *(supplemental)* 99 (Ravitz, Gary) (Entered: 09/25/2010) |
| 09/30/2010 | 101 | Incorrect pdf linked. (Madden, Matthew) . Modified on 9/30/2010 (emd, ). (Entered: 09/30/2010) |
| 09/30/2010 | 102 | NOTICE of Motion by Matthew Francis Madden for presentment of motion for extension of time 101 before Honorable William J. Hibbler on 10/7/2010 at 09:30 AM. (Madden, Matthew) (Entered: 09/30/2010) |
| 09/30/2010 | 103 | NOTICE of Correction regarding MOTION by USA for extension of time as to John Hemphill as to motion for new trial 99 *to file a Response* 101 . (emd, ) (Entered: 09/30/2010) |
| 09/30/2010 | 104 | MOTION by USA for extension of time as to John Hemphill as to motion for new trial 99 *to file a Response* (Madden, Matthew) (Entered: 09/30/2010) |

| 09/30/2010 | 105 | NOTICE of Motion by Matthew Francis Madden for presentment of motion for extension of time 104 before Honorable William J. Hibbler on 10/7/2010 at 09:30 AM. (Madden, Matthew) (Entered: 09/30/2010) |
| --- | --- | --- |
| 10/06/2010 | 106 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill (1). Government's Uncontested Motion for extension of time until 10/29/2010 to file response to defendant's motion for a new trial 104 is granted. Mailed notice (jdh) (Entered: 10/06/2010) |
| 10/19/2010 | 107 | TRANSCRIPT OF PROCEEDINGS as to John Hemphill held on 10/19/2009, before the Honorable Nan R. Nolan. Court Reporter Contact Information: ALEXANDRA ROTH, (312) 408-5038, alexandra_roth@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/9/2010. Redacted Transcript Deadline set for 11/19/2010. Release of Transcript Restriction set for 1/17/2011. (Roth, Alexandra) (Entered: 10/19/2010) |
| 10/29/2010 | 108 | RESPONSE by USA to MOTION by John Hemphill for new trial *(supplemental)* 99 *Response to Motion for Acquittal and for New Trial* (Attachments: # 1 Exhibit Govt Ex State St Not. Record, # 2 Exhibit Govt Ex SW Not. Records, # 3 Exhibit Govt Ex. Badge 1, # 4 Exhibit Govt Ex Business Card, # 5 Exhibit Govt Ex 9/3/09 Trans) (Madden, Matthew) (Entered: 10/29/2010) |
| 11/09/2010 | 109 | MINUTE entry before the Honorable William J. Hibbler as to John Hemphill: Defendant's supplemental motion for judgment of acquittal, or, as a less preferred alternative, a new trial 99 is hereby Denied. Enter Order. (For further details see separate order.) Mailed notice (emd, ) (Entered: 11/12/2010) |
| 11/09/2010 | 110 | ORDER as to John Hemphill. Signed by the Honorable William J. Hibbler on 11/9/10. (emd, ) (Entered: 11/12/2010) |
| 11/15/2010 | 111 | MOTION by John Hemphill to continue *sentencing (Agreed)* (Ravitz, Gary) (Entered: 11/15/2010) |
| 11/15/2010 | 112 | NOTICE of Filing as to John Hemphill (Ravitz, Gary) (Entered: 11/15/2010) |
| 11/19/2010 | 113 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Sentencing reset to 1/11/2011 at 11:00 AM. Motions for departure and objections to PSR to be filed by 1/4/2011. Mailed notice (jdh) (Entered: 11/19/2010) |
| 01/04/2011 | 114 | SENTENCING MEMORANDUM as to John Hemphill (Ravitz, Gary) (Entered: 01/04/2011) |
| 01/04/2011 | 115 | NOTICE of Filing as to John Hemphill regarding sentencing memorandum 114 (Ravitz, Gary) (Entered: 01/04/2011) |

| | | |
|---|---|---|
| 01/07/2011 | 116 | SENTENCING MEMORANDUM as to John Hemphill (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Madden, Matthew) (Entered: 01/07/2011) |
| 01/11/2011 | 117 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Sentencing held on 1/11/2011 and continued to 1/20/2011 at 2:00 PM. Mailed notice (jdh) (Entered: 01/11/2011) |
| 01/18/2011 | 118 | MEMORANDUM by John Hemphill in Opposition to sentencing, set/reset hearings 117 (Ravitz, Gary) (Entered: 01/18/2011) |
| 01/18/2011 | 119 | NOTICE of Filing as toJohn Hemphill *Reply to Probation* (Ravitz, Gary) (Entered: 01/18/2011) |
| 01/18/2011 | 120 | MOTION by John Hemphill for new trial *supplemental* (Attachments: # 1 Exhibit) (Ravitz, Gary) (Entered: 01/18/2011) |
| 01/18/2011 | 121 | NOTICE of Filing as toJohn Hemphill *Supp Posttrial Motion* (Ravitz, Gary) (Entered: 01/18/2011) |
| 01/20/2011 | 122 | AMENDED Position paper as to pre-sentence report by John Hemphill. (emd, ) (Entered: 01/24/2011) |
| 01/20/2011 | 123 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Sentencing held on 1/20/2011. Mailed notice (jdh) (Entered: 01/31/2011) |
| 01/20/2011 | 124 | MINUTE entry before the Honorable William J. Hibbler: Defendant's supplemental post trial motion 120 is denied for the reasons stated in open court. Defendant's oral motion for leave to appeal in forma pauperis is granted. Mailed notice (emd, ) (Entered: 02/01/2011) |
| 01/26/2011 | 132 | JUDGMENT (Sentencing Order) as to John Hemphill (1), Count(s) 1 and 2, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ninety (90) months on count one and thirty-six (36) months on count two. Said counts to run concurrently. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of three(3) years on count one and one (1)year on count two to run concurrently. The defendant must pay the total restitution amount of $166,910.00. Schedule of payments. John Hemphill terminated. Signed by the Honorable William J. Hibbler on 1/31/2011. Mailed notice (las, ) (Entered: 02/15/2011) |
| 01/28/2011 | 125 | TRANSCRIPT designation and order form by John Hemphill before Judge Hibbler. (Poor quality original - paper document on file.) (emd, ) (Entered: 02/01/2011) |
| 01/28/2011 | 126 | NOTICE OF APPEAL by John Hemphill regarding order on motion for new trial,,, 124 . (CJA) (gel, ) (Entered: 02/01/2011) |
| 01/28/2011 | 127 | DOCKETING statement by John Hemphill regarding notice of appeal 126 . (gel, ) (Entered: 02/01/2011) |
| 02/01/2011 | 128 | NOTICE of Appeal Due letter sent to counsel of record. (gel, ) (Entered: 02/01/2011) |

Case 2:17-mj-01400-WED   Filed 12/01/17   Page 14 of 22   Document 1

   

| 02/01/2011 | 129 | Transmission of short record as to John Hemphill to US Court of Appeals re notice of appeal 126 . (gel, ) (Entered: 02/01/2011) |
| 02/07/2011 | 130 | SENTENCING MEMORANDUM as to John Hemphill (Attachments: # 1 Exhibit A)(Madden, Matthew) (Entered: 02/07/2011) |
| 02/07/2011 | 131 | Certificate of Service by USA as to John Hemphill *as Addendum to Government's Sentencing Memo* (Madden, Matthew) (Entered: 02/07/2011) |
| 02/15/2011 | | JUDGMENT and Commitment as to John Hemphill issued to U.S. Marshal (las, ) (Entered: 02/15/2011) |
| 02/15/2011 | 133 | USCA case number as to John Hemphill 11-1372 for notice of appeal 126 (emd, ) (Entered: 02/16/2011) |
| 02/24/2011 | 134 | CERTIFIED and transmitted the long record regarding notice of appeal 126 as to John Hemphill to US Court of Appeals (USCA no. 11-1372). (gel, ) (Entered: 02/24/2011) |
| 02/24/2011 | 135 | USCA RECEIVED on 2/24/11 the original record as to John Hemphill. (emd, ) (Entered: 02/28/2011) |
| 02/24/2011 | 140 | SENTENCING Recommendation, j&c/sor as to John Hemphill (RESTRICTED) (emd, ) (Entered: 03/01/2011) |
| 02/24/2011 | 141 | PRESENTENCE Investigation Report as to John Hemphill (RESTRICTED) (emd, ) (Entered: 03/01/2011) |
| 03/01/2011 | 136 | TRANSCRIPT OF PROCEEDINGS as to John Hemphill held on 1/20/2011, before the Honorable William J. Hibbler. Court Reporter Contact Information: ALEXANDRA ROTH, (312) 408-5038, alexandra_roth@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 3/22/2011. Redacted Transcript Deadline set for 4/1/2011. Release of Transcript Restriction set for 5/31/2011. (Roth, Alexandra) (Entered: 03/01/2011) |

Case 2:17-mj-01400-WED   Filed 12/01/17   Page 15 of 22   Document 1

| 03/01/2011 | 137 | TRANSCRIPT OF PROCEEDINGS as to John Hemphill held on 8/17/2010, before the Honorable William J. Hibbler. Court Reporter Contact Information: ALEXANDRA ROTH, (312) 408-5038, alexandra_roth@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/22/2011. Redacted Transcript Deadline set for 4/1/2011. Release of Transcript Restriction set for 5/31/2011. (Roth, Alexandra) (Entered: 03/01/2011) |
| 03/01/2011 | 138 | TRANSCRIPT OF PROCEEDINGS as to John Hemphill held on 8/18/2010, before the Honorable William J. Hibbler. Court Reporter Contact Information: ALEXANDRA ROTH, (312) 408-5038, alexandra_roth@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/22/2011. Redacted Transcript Deadline set for 4/1/2011. Release of Transcript Restriction set for 5/31/2011. (Roth, Alexandra) (Entered: 03/01/2011) |
| 03/01/2011 | 139 | TRANSCRIPT OF PROCEEDINGS as to John Hemphill held on 8/19/2010, before the Honorable William J. Hibbler. Court Reporter Contact Information: ALEXANDRA ROTH, (312) 408-5038, alexandra_roth@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/22/2011. Redacted Transcript Deadline set for 4/1/2011. Release of Transcript Restriction set for 5/31/2011. (Roth, Alexandra) (Entered: 03/01/2011) |
| 03/01/2011 | 142 | TRANSMITTED supplemental record on appeal as to John Hemphill regarding notice of appeal 126 consisting of two sealed envelopes. (emd, ) (Entered: 03/01/2011) |
| 03/01/2011 | 143 | USCA RECEIVED on 3/1/11 the supplemental record as to John Hemphill (emd, ) (Entered: 03/03/2011) |

| 03/15/2011 | 144 | APPEAL record returned as to John Hemphill: 2-docs 10 & 19 sealed envelopes. (cdy, ) (Entered: 03/16/2011) |
| 03/16/2011 | 145 | TRANSMITTED supplemental record on appeal as to John Hemphill regarding notice of appeal 126 consisting of four volumes of transcripts. (emd, ) (Entered: 03/16/2011) |
| 03/21/2011 | 146 | MOTION by John Hemphill to supplement *record on appeal* (Ravitz, Gary) (Entered: 03/21/2011) |
| 03/21/2011 | 147 | NOTICE of Motion by Gary Jay Ravitz for presentment of motion to supplement 146 before Honorable William J. Hibbler on 3/24/2011 at 09:30 AM. (Ravitz, Gary) (Entered: 03/21/2011) |
| 03/23/2011 | 148 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill (1). Defendant's Unopposed Motion to supplement record on appeal 146 is granted. Detailed minute order to follow. Mailed notice (jdh) (Entered: 03/23/2011) |
| 03/23/2011 | 149 | MINUTE entry before the Honorable William J. Hibbler: The Clerk of the Court is directed to supplement the record on appeal to the Seventh Circuit Court of Appeals with Defendant's Exhibits. Mailed notice (emd, ) (Entered: 03/24/2011) |
| 03/24/2011 | 150 | EXHIBITS by John Hemphill. (Document not scanned) (emd, ) (Entered: 03/30/2011) |
| 03/30/2011 | 151 | TRANSMITTED supplemental record on appeal as to John Hemphill regarding notice of appeal 126 consisting of one volume of exhibits. (emd, ) (Entered: 03/30/2011) |
| 03/30/2011 | 152 | USCA RECEIVED on 3/30/11 the supplemental record as to John Hemphill. (emd, ) (Entered: 03/31/2011) |
| 03/31/2011 | 153 | USCA RECEIVED on 3/30/11 the supplemental record as to John Hemphill. (emd, ) (Entered: 04/01/2011) |
| 06/08/2011 | 154 | MOTION by USA to supplement as to John Hemphill *Supplement the Record* (Madden, Matthew) (Entered: 06/08/2011) |
| 06/08/2011 | 156 | MINUTE entry before the Honorable William J. Hibbler: Government's motion to supplement the record on appeal with the government's exhibits 154 is granted. Enter order directing the Clerk of the Court to supplement the record on appeal with the government's exhibits a - j as listed on the attached order. (For further details see separate order.) Mailed notice (emd, ) (Entered: 06/10/2011) |
| 06/08/2011 | 157 | ORDER as to John Hemphill Signed by the Honorable William J. Hibbler on 6/8/11. (emd, ) (Entered: 06/10/2011) |
| 06/09/2011 | 155 | NOTICE of Motion by Matthew Francis Madden for presentment of motion to supplement 154 before Honorable William J. Hibbler on 6/15/2011 at 09:30 AM. (Madden, Matthew) (Entered: 06/09/2011) |
| 06/13/2011 | 158 | EXHIBITS by USA as to John Hemphill. (Document not imaged) (emd, ) (Entered: 06/15/2011) |
| 06/17/2011 | 159 | TRANSMITTED supplemental record on appeal as to John Hemphill regarding notice of appeal 126 consisting of exhibits. (emd, ) (Entered: 06/17/2011) |

| 06/17/2011 | 160 | USCA RECEIVED on 6/17/11 the Government Exhibits record as to John Hemphill. (cdy, ) (Entered: 06/20/2011) |
|---|---|---|
| 12/14/2011 | 161 | MOTION by John Hemphill to appoint counsel (Ravitz, Gary) (Entered: 12/14/2011) |
| 12/14/2011 | 162 | NOTICE of Motion by Gary Jay Ravitz for presentment of motion to appoint counsel 161 before Honorable William J. Hibbler on 12/21/2011 at 09:30 AM. (Ravitz, Gary) (Entered: 12/14/2011) |
| 12/14/2011 | 163 | MANDATE of USCA (certified copy) as to John Hemphill. The judgment of the District Court is AFFIRMED in accordance with the decision of this court entered on this date. (las, ) (Entered: 12/14/2011) |
| 12/14/2011 | 164 | OPINION from the USCA for the 7th Circuit; Argued 9/20/11; Decided 11/22/11 in USCA case no. 11-1372. Hemphill's conviction and sentence are affirmed. For further details see order. (las, ) (Entered: 12/14/2011) |
| 12/14/2011 | 165 | APPEAL record returned as to John Hemphill consisting of two volumes of exhibits. (las, ) (Entered: 12/16/2011) |
| 12/21/2011 | 166 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill (1). Motion hearing held on 12/21/2011 regarding motion to appoint counsel 161 and continued to 1/25/2012 at 9:30 AM. Mailed notice (jdh) (Entered: 12/21/2011) |
| 01/24/2012 | 167 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Hearing on defendant's motion to appoint counsel reset to 2/8/2012 at 9:30 AM. Mailed notice (jdh) (Entered: 01/24/2012) |
| 02/06/2012 | 168 | MINUTE entry before the Honorable Amy J. St. Eve:as to John Hemphill: Hearing on defendant's motion to appoint counsel 161 set for 2/8/12 is stricken and reset to 2/29/2012 at 09:30 AM. before Judge Hibbler. Mailed notice (kef, ) (Entered: 02/06/2012) |
| 02/28/2012 | 169 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Hearing on defendant's motion to appoint counsel is reset to 3/15/2012 at 10:15 AM. Mailed notice (jdh) (Entered: 02/28/2012) |
| 03/14/2012 | 170 | MINUTE entry before the Honorable William J. Hibbler: as to John Hemphill. Motion Hearing on defendant's motion to appoint counsel is reset to 3/29/2012 at 10:15 AM. Mailed notice (jdh) (Entered: 03/14/2012) |
| 03/27/2012 | 171 | MINUTE entry before the Honorable John W. Darrah: as to John Hemphill. The time for the Motion Hearing set for 3/29/2012 is reset to 9:30 AM before Judge Darrah in courtroom 1203. Mailed notice (jdh) (Entered: 03/27/2012) |
| 03/29/2012 | 172 | MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 4/10/12 at 10:00 a.m. Parties failed to appear. Mailed notice (emd, ) (Entered: 03/30/2012) |
| 04/10/2012 | 173 | MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 4/24/12 at 10:00 a.m. Gary Ravitz is withdrawn as counsel for the defendant. The Federal Defender Panel is appointed. Mailed notice (emd, ) (Entered: 04/11/2012) |

Case 2:17-mj-01400-WED   Filed 12/01/17   Page 18 of 22   Document 1

| 04/24/2012 | 174 | ATTORNEY Appearance for defendant John Hemphill by Richard H. McLeese (McLeese, Richard) (Entered: 04/24/2012) |
| --- | --- | --- |
| 04/24/2012 | 175 | MINUTE entry before the Honorable John W. Darrah as to John Hemphill: Status hearing held and continued to 6/13/12 at 10:00 a.m. Mailed notice (emd, ) (Entered: 04/25/2012) |
| 04/25/2012 | 176 | MOTION by John Hemphill for Production of Materials by the Probation Office (McLeese, Richard) (Entered: 04/25/2012) |
| 04/25/2012 | 177 | NOTICE of Motion by Richard H. McLeese for presentment of motion for miscellaneous relief 176 before Honorable John W. Darrah on 5/3/2012 at 09:30 AM. (McLeese, Richard) (Entered: 04/25/2012) |
| 04/25/2012 | 178 | MOTION by John Hemphill for Production of Materials from Probation Office/CORRECTED (McLeese, Richard) (Entered: 04/25/2012) |
| 05/03/2012 | 179 | MINUTE entry before the Honorable John W. Darrah as to John Hemphill, Ruling on motion hearing held. Defendant's unopposed motion for Production of Materials by the Probation Office 176 is moot. Defendant's corrected unopposed motion for Production of Materials from Probation Office 178 is granted. Mailed notice (emd, ) (Entered: 05/04/2012) |
| 06/13/2012 | 180 | MINUTE entry before the Honorable John W. Darrah: Status hearing set for 6/13/12 is re-set to 6/26/12 at 10:00 a.m. Mailed notice (emd, ) (Entered: 06/13/2012) |
| 06/26/2012 | 181 | MINUTE entry before the Honorable John W. Darrah: as to John Hemphill, Status hearing held and continued to 8/16/12 at 10:00 a.m. Counsel for the defendant to provide the Courtroom Deputy with orders regarding transporting the defendant and the issue regarding an expert. Counsel for the defendant shall also provide writs for the defendant to be brought in from California. The defendant shall be brought to the Metropolitan Correctional Facility in Chicago on or before 7/30/12. Mailed notice (emd, ) (Entered: 06/27/2012) |
| 06/26/2012 | 186 | MINUTE entry before the Honorable John W. Darrah as to John Hemphill: Enter order regarding mental health expert. Mailed notice (las, ) (Entered: 07/19/2012) |
| 07/17/2012 | 182 | PETITION by John Hemphill for writ of habeas corpus ad prosequendum. (emd, ) (Entered: 07/17/2012) |
| 07/17/2012 | 183 | MINUTE entry before the Honorable John W. Darrah: as to John Hemphill, Defendant's petition for a writ of habeas corpus ad prosequendum is granted. Enter Order. Writs to issueforthwith. The U.S. Marshals shall bring the defendant to the Chicago MCC on or before 7/30/12. 182 (For further details see separate order.) Mailed notice (emd, ) (Entered: 07/17/2012) |
| 07/17/2012 | 184 | ORDER as to John Hemphill, Signed by the Honorable John W. Darrah on 7/17/12. (emd, ) (Entered: 07/17/2012) |
| 07/17/2012 | 187 | ORDER as to John Hemphill Signed by the Honorable John W. Darrah on 7/17/12. (las, ) (Entered: 07/19/2012) |

| 08/13/2012 | 188 | MINUTE entry before the Honorable John W. Darrah: By agreement of the parties, and the Court being informed that the defendant has not been writted in from California, the 8/16/12 status hearing is re-set to 9/20/12 at 10:00 a.m. Mailed notice(maf) (Entered: 08/13/2012) |
| 08/22/2012 | 189 | PETITION filed by John Hemphill *for a Writ of Habeas Corpus Ad Prosequendum* (McLeese, Richard) (Entered: 08/22/2012) |
| 08/22/2012 | 190 | MINUTE entry before the Honorable John W. Darrah: as to John Hemphill, Defendant's petition for a writ ofhabeas corpus ad prosequendum is granted 189 . Enter Order. Writs to issue forthwith. Writs returnable on 9/20/12 at 10:00 a.m. (For further details see separate order.) Mailed notice (emd, ) (Entered: 08/24/2012) |
| 08/22/2012 | 191 | ORDER as to John Hemphill Signed by the Honorable John W. Darrah on 8/22/12. (emd, ) (Entered: 08/24/2012) |
| 09/17/2012 | 193 | MOTION by John Hemphill to continue *the 9/20/12 status hearing (unopposed)* (McLeese, Richard) (Entered: 09/17/2012) |
| 09/21/2012 | 194 | MINUTE entry before the Honorable John W. Darrah: Defendant's Unopposed Motion to Strike and Continue the September 20, 2012 status hearing 193 is granted; the status hearing is re-set to October 16, 2012, at 10:00 a.m. No appearance is necessary on September 20, 2012.Mailed notice(maf) (Entered: 09/21/2012) |
| 10/16/2012 | 195 | MINUTE entry before the Honorable John W. Darrah: as to John Hemphill, Status hearing held and continued to 12/11/12 at 10:00 a.m. Mailed notice (emd, ) (Entered: 10/16/2012) |
| 11/20/2012 | 196 | TRANSCRIPT OF PROCEEDINGS as to John Hemphill held on 3/30/2010, before the Honorable William J. Hibbler. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/11/2012. Redacted Transcript Deadline set for 12/21/2012. Release of Transcript Restriction set for 2/18/2013. (Roth, Alexandra) (Entered: 11/20/2012) |
| 11/20/2012 | 197 | TRANSCRIPT OF PROCEEDINGS as to John Hemphill held on 8/5/2010, before the Honorable William J. Hibbler. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see |

| | | |
|---|---|---|
| | | the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/11/2012. Redacted Transcript Deadline set for 12/21/2012. Release of Transcript Restriction set for 2/18/2013. (Roth, Alexandra) (Entered: 11/20/2012) |
| 12/11/2012 | 198 | MINUTE entry before the Honorable John W. Darrah: as to John Hemphill, Status hearing held and continued to 1/22/13 at 10:00 a.m. Mailed notice (emd, ) (Entered: 12/12/2012) |
| 01/22/2013 | 199 | MINUTE entry before the Honorable John W. Darrah: as to John Hemphill, Status hearing held and continued to 2/20/13 at 10:00 a.m. Mailed notice (emd, ) (Entered: 01/23/2013) |
| 02/20/2013 | 200 | MOTION by John Hemphill for § 2255 relief (McLeese, Richard) (Entered: 02/20/2013) |
| 02/20/2013 | 201 | MINUTE entry before the Honorable John W. Darrah: as to John Hemphill, Status hearing held and continued to 5/23/13 at 10:00 a.m. Mailed notice (emd, ) (Entered: 02/21/2013) |
| 02/20/2013 | | MOTION by defendant John Hemphill pursuant to 28 U.S.C. Section 2255 filed in case number 13cv1426. All filings and entries will be made in civil case number 13cv1426. (ao) (Entered: 02/25/2013) |
| 02/21/2013 | 202 | EXECUTIVE COMMITTEE ORDER: It appearing that further judicial action is required in 09 CR 840, United States v Hemphill, a closed case previously pending before the Hon. William J. Hibbler; and It further appearing that the Hon. John W. Darrah has agreed to preside over this matter; therefore It is hereby ordered that the Clerk of Court is to reassign 09 CR 840, United States v Hemphill, to the Hon. John W. Darrah. Case as to John Hemphill Reassigned to the Honorable John W. Darrah. Honorable William J. Hibbler no longer assigned to the case. (td, ) (Entered: 02/21/2013) |
| 02/22/2013 | 203 | MINUTE entry before the Honorable John W. Darrah: as to John Hemphill, Defendant's 2255 motion 200 is moot as the Clerk is directed to file the 2255 motion and set up a new civil case. Counsel for the defendant shall file his attorney appearance in the new civil case. Mailed notice (emd, ) (Entered: 02/22/2013) |
| 05/21/2013 | 204 | MINUTE entry before the Honorable John W. Darrah: Status hearing for 5/23/13 is vacated. Defendant has filed his 28 U.S.C. Section 2255 motion in case number 13cv1426. Mailed notice(maf) (Entered: 05/21/2013) |
| 09/08/2016 | 205 | SPECIAL Report - Warrant Request as to John Hemphill (SEALED) (Attachments: # 1 Supplement Judgment and Commitment Order)(Sohl, David) (Entered: 09/08/2016) |
| 10/03/2016 | 206 | MINUTE entry before the Honorable John Z. Lee: As to John Hemphill, show cause hearing set for 10/4/16 at 10:00 a.m. Mailed notice (ca, ) (Entered: 10/03/2016) |
| 10/03/2016 | 207 | MINUTE entry before the Honorable John Z. Lee: As to John Hemphill, the show cause hearing set for 10/4/16 at 10:00 a.m. is reset to 10/4/16 at 1:30 p.m. Mailed |

| | | |
|---|---|---|
| | | notice (ca, ) (Entered: 10/03/2016) |
| 10/03/2016 | 208 | MINUTE entry before the Honorable John Z. Lee: As to John Hemphill, show cause hearing set for 10/4/16 at 1:30 p.m. Mailed notice (ca, ) (Entered: 10/03/2016) |
| 10/04/2016 | 209 | MINUTE entry before the Honorable John Z. Lee: As to John Hemphill. By agreement of the parties, the show cause hearing set for 10/4/16 at 1:30 p.m. is reset to 10/4/16 at 2:30 p.m. Mailed notice (ca, ) (Entered: 10/04/2016) |
| 10/04/2016 | 210 | ORDER as to John Hemphill: Show cause hearing held on 10/4/16. The parties report that they have been unable to reach Defendant, and Defendant has not been in contact with the Probation Office. Furthermore, the Probation Office has tried to contact Defendant at his last known address, but has not been able to reach him and has received no response from him. At this point, the Probation Office does not know Defendant's whereabouts. Accordingly, Defendant is in violation of Standard Condition No. 6 of his supervised release. The clerk is directed to issue a bench warrant as to John Hemphill for violating Standard Condition No. 6 of his supervised release. Signed by the Honorable John Z. Lee on 10/4/2016. Mailed notice. (ym, ) (Entered: 10/05/2016) |
| 10/04/2016 | 212 | ATTORNEY Appearance for defendant John Hemphill by John T. Kennedy. (ym, ) (Entered: 10/05/2016) |
| 10/04/2016 | 213 | CJA ORDER Appointing Counsel John T. Kennedy Under the Criminal Justice Act. Signed by the Honorable John Z. Lee on 10/4/2016. Mailed notice. (ym, ) (Entered: 10/05/2016) |
| 10/05/2016 | 211 | BENCH WARRANT issued to U.S. Marshal as to John Hemphill via email. (ym, ) (Entered: 10/05/2016) |
| 11/15/2016 | 214 | CJA ORDER Appointing Counsel John T. Kennedy Under the Criminal Justice Act. Signed by the Honorable John Z. Lee on 11/15/2016. Mailed notice. (ym, ) (Entered: 11/16/2016) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/01/2017 11:07:08 | | |
| PACER Login: | us4437:2653809:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:09-cr-00840 |
| Billable Pages: | 17 | Cost: | 1.70 |

Case 2:17-mj-01400-WED   Filed 12/01/17   Page 22 of 22   Document 1