# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | INITIAL APPEARANCE |
|---|---|
| v. | on Rule 32.1 Hearing |
| JOHN HEMPHILL | CASE NUMBER 17-MJ-1400 |

HONORABLE WILLIAM E. DUFFIN, presiding　　　Court Reporter: FTR Gold
Deputy Clerk: Tony Byal　　　Hearing Began: 3:45:54
Hearing Held: December 1, 2017 at 3:45 PM　　　Hearing Ended: 3:53:02

**Appearances:**
UNITED STATES OF AMERICA by: Benjamin Taibleson
JOHN HEMPHILL, in person, and by: Gabriela Leija　　　☐ CJA ☒ FDS ☐ RET
U.S. PROBATION OFFICE by: Elizabeth Maeder
INTERPRETER: ☒ None ☐ Sworn

☒ Defendant advised of rights
☒ Defendant advised of alleged violation(s) of supervised release

☒ Defendant waives right to an identity hearing
☒ Defendant to be transported by the U.S. Marshal to Northern District of Illinois

Government:
- Defendant has not been in contact with probation office.
- Seeking detention.
- Has not been abiding by conditions of supervised release.
- Concerned would not abide by order from court to turn himself in to the Northern District of Illinois.
- Nature of underlying offense involved defendant posing as a federal agent. Defendant has continued to pose as a federal agent. Was observed saying he is a federal agent and cannot be detained.

PTS:
- Probation has not been in contact with defendant since August of 2016.

Defense:
- Waives identity hearing.
- Indicates he wasn't aware of a warrant. If he was aware, he would have reported.
- Has been homeless for a period of time.
- Believes he can stay with niece at an address in Milwaukee.
- Has a car and can get to Illinois on his own.
- Has not had any law enforcement contacts since returning to Wisconsin in December.

Court:
- Makes finding of identity.
- Defendant knew he was supposed to report to the Probation Office but has not done so in a year.

- Defendant is a flight risk.
- Orders defendant detained and to be transported by the U.S. Marshal to the Northern District of Illinois.